UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RENEE DEAN FELTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT AYERS, Warden,<br><br>　　　　　Respondent. | NO. CV 07-01113 AHS (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:　　<u>July 20, 2010</u>

　　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　　United States District Judge